FILED

APR 15 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                         DEPUTY

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No.:  WA:16-CR-00112(1) |
| | § | |
| (1) KRISTIAN JESSE CULVER | § | |
| *Defendant* | | |

## ORDER

At the Initial Appearance, the Government requested that the Defendant be detained without bail pending trial pursuant to Title 18 U.S.C. Section 3142(f).  Currently, the Defendant is in custody based upon another offense, making the matter of release on the charge in this court moot.

Therefore, the Detention Hearing shall be postponed until such time as the Defendant's custodial status on the other matter changes.  If it does, counsel for Defendant should file a motion to reconsider detention and a Detention Hearing for the pending charge will be set.

It is therefore, ORDERED that:

1) Defendant be detained without bond pending trial;

2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3) Defendant be afforded a reasonable opportunity for private consultation with counsel; and,

4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with any court proceeding.

SIGNED this the 14th day of April, 2016.

_____
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE