IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. WA:16-CR-00112-RP |
| | § | |
| KRISTIAN JESSE CULVER | § | |
|   Defendant | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant KRISTIAN JESSE CULVER, thru counsel, Atonya McClain, and moves the Court to continue and reset the Rearraignment Hearing for May 31, 2016, at 1:30 p.m., and would show the following:

I.

That counsel for Defendant KRISTIAN JESSE CULVER has not completed discovery in the instant case despite the exercise of due diligence.  Defense counsel is still in the process of obtaining compact disks, in the possession of the Government. Furthermore, once the discovery is obtained, defense counsel needs additional time to review the information contained on the disks, and then confer with Government's attorney regarding possible options. The Government agrees to this motion.

II.

Accordingly, to afford counsel reasonable opportunity to obtain and review this material and prepare and file necessary motions, if any, counsel requests that the Rearraignment Hearing be delayed to a further date.  The extension is not sought for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that her Motion for Continuance be granted.

Respectfully Submitted,

**LAW OFFICES OF ATONYA MCCLAIN, PLLC**

By: __/s/_ Atonya McClain_____
ATONYA McCLAIN
Attorney and Counselor at Law
State Bar No.: 24047354
100 W. Adams Ave, Suite 323
Temple, Texas 76501
Telephone: (254) 300-6690
Facsimile: (888) 353-6778
Attorney for KRISTIAN JESSE CULVER

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of May, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record: Christopher Blanton.

__/s/_ Atonya McClain_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. WA: 16-CR-00112-RP |
| | § | |
| KRISTIAN JESSE CULVER | § | |
| Defendant | § | |

## ORDER ON AGREED MOTION FOR CONTINUANCE

After careful consideration by this Court, Defendant's Agreed Motion for Continuance is hereby:

_____     GRANTED

_____     DENIED


Rearraignment Hearing is set for _____, 2016.


SIGNED this _____ day of _____, 2016.


JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE